UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT OWENSBORO
CRIMINAL ACTION NO. 4:21-CR-00010-GNS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | | **PLAINTIFF** |
| vs. | | |
| **JONATHAN BROWN (1)** | | **DEFENDANT** |

FILED
JAMES J. VILT, JR. - CLERK
APR - 9 2024
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

## ACKNOWLEDGEMENT OF WAIVER OF APPEAL RIGHTS

I hereby acknowledge that as a part of my plea agreement with the United States, I waived the right to appeal the sentence I just received from the Court.

April 9, 2024
Date

_____
Defendant's signature